**DISMISS; and Opinion Filed August 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00927-CV

### PBD SERVICES 1, LLC, Appellant

### V.

### DANIEL K. WILSON, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06862**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice O'Neill

Stating the trial court has vacated its final judgment, appellant moves to dismiss the

appeal. We grant the motion and dismiss the appeal.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

140927F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PBD SERVICES 1, LLC, Appellant

No. 05-14-00927-CV     V.

DANIEL K. WILSON, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-12-06862.
Opinion delivered by Justice O'Neill.
Justices Moseley and FitzGerald participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Daniel K. Wilson recover his costs, if any, of this appeal from appellant PBD Services 1, LLC.

Judgment entered this 4th day of August, 2014.